| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES BANKRUPTCY COURT**

**WESTERN DISTRICT OF WASHINGTON - TACOMA DIVISION**

| In re: | Case No. 15-41510-MJH |
|---|---|
| SUZIE JANE EDWARDS,<br>Debtor(s). | Chapter 13 |
| | **STIPULATION RE: LOAN MODIFICATION AGREEMENT** |

This Stipulation is entered into by and between the Secured Creditor, Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust Series 2007-2 (hereinafter referred to as "Creditor"), and Suzie Jane Edwards (hereinafter "Debtor") by and through their respective attorneys of record.

THE PARTIES STIPULATE AS FOLLOWS:

1. Debtor rejects the Loan Modification Agreement offered by Creditor, through its servicer, on July 13, 2015, and the unmodified terms of the Loan remain in effect.

/./././

/./././

/./././

/./././

/./././

/./././

/./././

/./././

STIPULATION RE: LOAN MODIFICATION AGREEMENT
Page 1

**ALDRIDGE PITE, LLP**
4375 Jutland Drive, P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (425) 644-6471

2. The Motion for Approval of Loan Modification filed on August 11, 2017 as Docket No. 18 is withdrawn.

IT IS SO STIPULATED:

Dated: 9/14/17                  ALDRIDGE PITE, LLP

/s/ Lesley D. Lueke
Lesley D. Lueke (WSBA 49150)
Attorneys for Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust Series 2007-2

Dated: 9/14/17

/s/ Ellen Ann Brown
Ellen Ann Brown (WSBA 27992)
Attorney for Debtor

STIPULATION RE: LOAN MODIFICATION AGREEMENT
Page 2

**ALDRIDGE PITE, LLP**
4375 Jutland Drive, P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (425) 644-6471