IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON

Re

SUZIE JANE EDWARDS

    Debtor(s)

_____

In Chapter 13 Proceeding
No. 15-41510-MJH

**DEBTOR(S) DECLARATION IN SUPPORT OF MOTION TO MODIFY**

Comes now the above referenced Debtor(s) in the case and declare as follows:

1. I am the Debtor in this case.

2. I would ask the court to modify my Plan so I can cure the arrears in my case.

3. I did not receive the Notice of Payment Change from my mortgage company and so I have been paying the old mortgage amount since 2017 and am now in default. The modified Plan will cure those arrears and bring my ongoing payments into the Plan.

Dated: June 25, 2018

/s/ Suzie Jane Edwards
_____
Suzie Jane Edwards
Debtor

Declaration      1