Entered on Docket October 1, 2018

**Below is the Order of the Court.**

*Mary Jo Heston*
_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Suzie Jane Edwards aka Suzie Jane Hong,<br><br>Debtor. | Case No. 15-41510-MJH<br><br>Chapter 13<br><br>STIPULATED ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY |

Based upon the Stipulation of Deutsche Bank National Trust Company As Trustee For Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-2, ("Creditor"), and Debtor, by and through their respective counsel,

IT IS HEREBY ORDERED, as follows:

1. This Order affects the real property commonly known as: 5428 Peninsula Drive Southeast, Olympia, WA 98513 (the "Property").

2. Commencing August 1, 2018, Debtor shall make regular monthly post-petition payments under the Note and Deed of Trust to Creditor through the Chapter 13 Trustee, and continuing each month thereafter pursuant to the terms of the Note and Deed of Trust.

3. The post-petition delinquency owed to Creditor $9,268.90, itemized as follows:

| | | | |
|---|---|---|---|
| 4 Payments (4/01/2018 – 7/01/2018) | at | $2,088.67 | $8,354.68 |
| Bankruptcy Fees & Costs: | | | $1,031.00 |
| Less Suspense | | | -$116.78 |

Stipulated Order on Motion for Relief from Stay - 1
MH #WA-16-130844

**McCarthy & Holthus, LLP**
108 1st Avenue South, Ste. 300
Seattle, WA 98104
Phone (206) 596-4856

**Total Post-Petition Delinquency:** $9,268.90

4. Creditor will file an amended Proof of Claim to include the post-petition delinquency in the amount of $9,268.90.

5. Debtor file an amended Chapter 13 plan on June 25, 2018 to provide for cure of the post-petition arrearage.

6. Debtor shall timely perform all other obligations under Creditor's Note and Deed of Trust as they come due, including but not limited to the payment of real estate taxes, maintaining insurance coverage, and paying any and all senior liens.

7. In the event Debtor fails to timely perform any of the obligations set forth in this Order, Creditor shall notify Debtor and Debtor's counsel of the default in writing. Debtor shall have fifteen (15) calendar days from the date of the written notification to cure the default, plus pay an additional $100.00 for attorneys' fees.

8. If Debtor fails to timely cure the default, or if Debtor defaults on the obligations set forth herein on more than three (3) occasions, Creditor shall be entitled to file a Declaration of Default and an Order Terminating the Automatic Stay. The Order may be entered without further notice or hearing. The automatic stay shall be immediately terminated and extinguished for all purposes as to Creditor and its successors and/or assigns. Creditor and its successors and/or assigns may proceed with and foreclose on the Property, pursuant to applicable state law. Creditor may commence any action necessary to obtain complete possession of the subject Property, including unlawful detainer if required.

9. If this case is converted to another chapter, or if the automatic stay is terminated as provided herein, or if the automatic stay is terminated as a matter of law, the repayment terms of this Order shall immediately cease in effect and become null and void.

Stipulated Order on Motion for Relief from Stay - 2
MH #WA-16-130844

**McCarthy & Holthus, LLP**
108 1st Avenue South, Ste. 300
Seattle, WA 98104
Phone (206) 596-4856

10. The fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived upon relief.

/ / / END OF ORDER / / /

Stipulated and Submitted by:
McCarthy & Holthus, LLP

/s/ Lance E. Olsen
Lance E. Olsen, Esq. WSBA #25130
Michael S. Scott, Esq. WSBA #28501
Attorneys for Creditor

/s/ Ellen Ann Brown
Ellen Ann Brown, WSBA #27992
Attorney for Debtor

/s/ Matthew J.P. Johnson
Matthew J.P. Johnson, WSBA #40476
Staff Attorney for Michael G. Malaier

Stipulated Order on Motion for Relief from Stay - 3
MH #WA-16-130844

**McCarthy & Holthus, LLP**
108 1st Avenue South, Ste. 300
Seattle, WA 98104
Phone (206) 596-4856