Entered on Docket March 20, 2019

**Submitted But not Entered.**



_____
**Mary Jo Heston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

**Lien avoidance not warranted as Debtor has not claimed an exemption in the real property. 11 U.S.C. § 522(f). See, e.g., In re Morgan, 149 B.R. 147 (9th Cir. BAP 1993). Schedule C must be amended to claim an exemption in the real property.**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

**Re:**

**Suzie Edwards**

**Debtor(s)**

**In Chapter 13 Proceeding
No. 15-41510-MJH**

**ORDER AVOIDING JUDGMENT LIEN(S)**

_____

It is ORDERED that the judgment lien of the following creditor be and hereby declared null and void with respect to the property commonly known as **5428 Peninsula Dr SE Olympia, WA 98513,** as long as the debtors completes her Chapter 13 Plan and the debt shall be deemed unsecured for the purposes of the Plan**:**

    (A)    American Express Bank v. Suzie Edwards, Thurston County District Court, State of Washington, Cause No. 00090118, filed April 24, 2012, in the amount of $27,940.85.

/// end of order ///

Presented by:

:

/s/Ellen Ann Brown
ELLEN ANN BROWN WSB#27992
Attorneys for Debtor(s)