BROWN AND SEELYE PLLC
Ellen Ann Brown Esq.
Susan H. Seelye Esq.
744 South Fawcett Ave
Tacoma, WA 98402
Telephone   253-573-1958
Facsimile   253-274-1200

HONORABLE MARY JO HESTON
HEARING DATE: April 9, 2020
TIME: 1:00 pm
RESPONSE DATE: April 2, 2020
Chapter 13
Tacoma, WA

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

Re

SUZIE JANE EDWARDS
Aka SUZIE JANE HONG

         Debtor(s)
_____

In Chapter 13 Proceeding

No. 15-41510-MJH

**RESPONSE TO SPECIALIZED LOAN SERVICING LLC's MOTION FOR RELIEF FROM STAY**

COMES NOW the above-referenced debtor(s) through their attorneys of record and states:

   Specialized Loan Servicing LLC brought this Motion for Relief from Stay on the month that Plan was set to discharge and there is no reasonable reason to do so other than to incur additional fees and debts for the Debtor.  The Debtor will be current with her payments as of the date of the hearing and requests that the Motion be Denied, however she does not want to extend her Plan past the 60 month period or incur additional fees and costs waiting for the payments to be processed.  It is requested that the Motion be denied in its entirety.  If it cannot be denied in its entirety then the Debtor will agree to the Relief from Stay in order to complete her Plan.

   Dated March 19, 2020.


   /s/ Ellen Ann Brown
   _____
   ELLEN ANN BROWN WSB#27992
   Attorneys for Debtor(s)